Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
David Shein, Esq. (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Thomas B. Sullivan (pro hac vice)
sullivant@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067
Telephone:  424-204-4333

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Austin Mills,<br><br>           Plaintiff,<br><br>v.<br><br>Netflix, Inc., et al.,<br><br>           Defendants. | Case No.: 2:19-cv-07618-CBM-AGRx<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Proposed] Order Filed Concurrently Herewith |

- 1 -

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and among all of the parties to this action, namely Plaintiff Austin Mills and Defendants Netflix, Inc., Jerry Media LLC, Exuma Films, LLC, Matte Projects, LLC, Library Films, LLC, and Vice Media, LLC, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees. A [Proposed] Order is concurrently filed herewith.

Dated: August 3, 2020  By:  */s/ David Shein*
Stephen M. Doniger, Esq.
David Shein, Esq.

Attorneys for Plaintiff

Dated: August 3, 2020  By:  */s/ Thomas B. Sullivan*
Scott S. Humphreys, Esq.
Thomas B. Sullivan, Esq.
  (admitted pro hac vice)

Attorneys for Defendants

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

- 2 -

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE